888

GATE FILM CLUB, Appellant,

v.

Louis M. PESCE, Respondent.

No. 270, Docket 29065.

United States Court of Appeals
Second Circuit.

Submitted Dec. 17, 1964.

Decided Dec. 23, 1964.

Certiorari Denied March 15, 1965.
See 85 S.Ct. 1023.

Emanuel Redfield, New York City, for appellant.

Louis J. Lefkowitz, Atty. Gen. of the State of New York (Paxton Blair, Sol. Gen., Ruth Kessler Toch, Asst. Sol. Gen., of counsel), for appellee.

Before FRIENDLY, HAYS and MARSHALL, Circuit Judges.

PER CURIAM:

Affirmed on the opinion of Judge Cashin, D.C., 236 F.Supp. 828.

Clarence MUSE and Mills Music, Inc., Plaintiffs-Appellants,

v.

Robert MELLIN, Robert Music Corporation, Sherwin Music, Inc. and American Society of Composers, Authors and Publishers, Defendants-Appellees.

No. 214, Docket 28156.

United States Court of Appeals
Second Circuit.

Argued Nov. 17, 1964.

Decided Dec. 29, 1964.

Theodore R. Kupferman, New York City, for plaintiffs-appellants.

Jack M. Ginsberg, New York City, for defendants-appellees.

Before LUMBARD, Chief Judge, and MEDINA and MARSHALL, Circuit Judges.

PER CURIAM:

The judgment below is affirmed on the authority of T. B. Harms Co. v. Eliscu, 2 Cir., 339 F.2d 823, decided December 23, 1964.

Affirmed.